JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| YAOYAO WANG,<br>Petitioners,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. EDCV 26-6867-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: November 23, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE